USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL WILLIAM NEWELL,

          Plaintiff,

-against-

CITY OF NEW YORK, et al,

          Defendants.

18 Civ. 8704 (AT) (KHP)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ANALISA TORRES, District Judge:

    On September 19, 2019, the Honorable Katharine H. Parker issued a Report and Recommendation (the "R&R"), ECF No. 48, recommending that this case be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Judge Parker ordered Defendants to serve on Plaintiff a copy of the R&R and file a letter with the Court demonstrating proof of service to Plaintiff's last known address by no later than September 26, 2019. ECF No. 48 at 5.

    On October 8, 2019, this Court noted that Defendants' submission was overdue and ordered Defendants to submit their letter by 12:00 p.m. on October 9, 2019. ECF No. 49. Defendants timely filed their letter affirming that service was made on October 9, 2019. ECF No. 50.

    Having received no objections to Magistrate Judge Parker's R&R, the Court reviewed the R&R for clear error, and found none. *Santiago v. Colvin*, 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014).

    The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, it is hereby ORDERED that Defendants' motion to dismiss for lack of prosecution, ECF No. 31, is GRANTED.

    The Clerk of Court is directed to terminate the motion at ECF No. 31, close this case, and mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated: October 30, 2019
       New York, New York

_____
ANALISA TORRES
United States District Judge